1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOE D. TURNEY,

11              Plaintiff,                    No. CIV S-02-1235 DFL GGH P

12        vs.

13   ANNE PALMER, et al.,

14              Defendants.              ORDER

15   _____/

16              Defendants' summary judgment is pending before the court.  Because this motion

17   will most likely not be resolved prior to the pretrial conference and jury trial, these dates are

18   vacated.

19              Accordingly, IT IS HEREBY ORDERED that the jury trial set for September 12,

20   2005, before Judge Levi and the pretrial conference set for July 7, 2005, are vacated; these dates

21   will be re-set at a later date, if appropriate.

22   DATED: 6/30/05

23                                          /s/ Gregory G. Hollows

24                                          _____
                                            GREGORY G. HOLLOWS
25                                          UNITED STATES MAGISTRATE JUDGE

     GGH:kj
26   turn1235.vac